IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 22 PM 1:4

ROBERT R. DI ___
CLERK, U.S. DI___ CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

vs.                                         No. 02 - 20356 - B

WILLIAM HOLLAND,

  Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION FOR
ADDITIONAL TIME TO RESPOND TO ORDER RECONSIDERING
AEGIS SCIENCE CORPORATION'S MOTION TO QUASH SUBPOENA

---

Before the Court is the April 18, 2005 motion of defendant William Holland requesting additional time to respond to order reconsidering Aegis Science Corporation's motion to quash subpoena. For good cause shown, the motion is granted. Counsel for the defendant is granted an extension of time, until June 20, 2005, to file his memorandum in support of reconsideration of his subpoena request. Counsel for the defendant may request an additional extension of time if necessary.

  IT IS SO ORDERED.

  _Duane K. Crsowo_
  ~~J. DANIEL BREEN~~
  UNITED STATES ~~DISTRICT~~ JUDGE
           Magistrate

  _April 21, 2005_
  DATE

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 4-25-05

(332)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 332 in case 2:02-CR-20356 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

William L. Harbison
SHERRARD & ROE, PLC
424 Church St.
Ste. 2000
Nashville, TN 37219

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark T. Smith
SHERRARD & ROE
424 Church St.
Ste. 2000
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT