IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 AM 9: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           No. 02-20356-B/V

WILLIAM HOLLAND,

    Defendant.

---

### ORDER OF REFERENCE

---

Before the Court is a letter filed with the Court on June 7, 2005, which the Court construes as Defendant's motion for appointment of new counsel.

This written request is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

**IT IS SO ORDERED** this 7th day of June, 2005.

                                       *J. DANIEL BREEN*
                                       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6-8-05

339



# Notice of Distribution

This notice confirms a copy of the document docketed as number 339 in case 2:02-CR-20356 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

William Holland
18553076
Box 509
Mason, TN 38049

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT