FILED BY _____ D.C.

05 JUL -1 PM 12: 35

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.   02-20356 BV |
| WILLIAM HOLLAND, | ) | |
| Defendant. | ) | |

ORDER AUTHORIZING APPOINTMENT OF CO-COUNSEL
AT GOVERNMENT EXPENSE

Before the court is the June 17, 2005 motion of the defendant, William Holland, requesting appointment of co-counsel at government expense. The motion has been referred to the United States Magistrate Judge for determination. For good cause shown, the motion is granted.

The court finds that this case is complex and extremely difficult. Pursuant to the Guidelines for the Administration of the Criminal Justice Act, Chapter II, Part B, Section 2.11(B), the best interest of justice require appointment of co-counsel in this case. A separate CJA Form 20 will be entered appointing new counsel.

IT IS SO ORDERED this 30th day of June, 2005.

/s/ Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-1-06



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 348 in case 2:02-CR-20356 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

William Holland
18553076
Box 509
Mason, TN 38049

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT