IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

08/04/2005

# CASE NO: 02-20356-B

## SEALED DOCUMENT(S) FILED

DOCUMENT #357

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 357 in case 2:02-CR-20356 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Honorable J. Breen
US DISTRICT COURT