IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                                    CR. NO. 02-20356-B

WILLIAM HOLLAND,

    Defendant.

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY And *SETTING*

---

This cause came on for a report date on November 28, 2005. At that time counsel for the defendants requested a continuance of the December 5, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to February 6, 2006 with a report date of **Monday, January 30, 2006, at 10:30 a.m.,**\*\* in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from December 16, 2005 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 1st day of December, 2005.

                                J. DANIEL BREEN
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 370 in case 2:02-CR-20356 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

William L. Harbison
SHERRARD & ROE, PLC
424 Church St.
Ste. 2000
Nashville, TN 37219

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Mark T. Smith
SHERRARD & ROE
424 Church St.
Ste. 2000
Nashville, TN 37219

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT