IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

UNITED STATES OF AMERICA

       Plaintiff,

VS.                                                                      CR. NO. 02-20356-B

WILLIAM HOLLAND,

       Defendant.
_____

ORDER DENYING MOTION IN LIMINE AS MOOT
_____

This cause came on for a Hearing on the Motion in Limine on February 21, 2007. After considering the statements of counsel who indicated that they had resolved the matter, the Court denied the motion in limine as moot.

IT IS SO ORDERED this 23rd day of February, 2007.

                                             **s/ J. Daniel Breen**
                                             J. DANIEL BREEN
                                             UNITED STATES DISTRICT JUDGE